UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY CARSON, | ) | 1:07-cv-1551-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PLAINTIFF TO FILE |
| | ) | A COMPLETED APPLICATION TO |
| | ) | PROCEED IN FORMA PAUPERIS OR PAY |
| v. | ) | THE $350.00 FILING FEE WITHIN |
| | ) | THIRTY DAYS OF THE DATE OF |
| CHARLES K. STODDARD, ESQ., | ) | SERVICE OF THIS ORDER |
| et al., | ) | |
| | ) | ORDER DIRECTING THE CLERK TO SEND |
| Defendants. | ) | TO PLAINTIFF A BLANK IN FORMA |
| | ) | PAUPERIS APPLICATION FOR A PERSON |
| | ) | IN CUSTODY |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff filed a complaint on October 24, 2007. However, Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis.

The filing fee for all civil actions other than habeas corpus is $350.00; the filing fee for an application for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914, as amended effective

1

April 8, 2006. Pub. L. No. 109-171, 120 Stat. 4 (2006).

Plaintiff is required either to pay the filing fee or to submit an original, signed prison trust account statement that includes the entire six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity either to pay the $350.00 filing fee or submit a completed application, with a signed certificate and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00 filing fee for this action.

Further, the Clerk of the Court IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person in custody.

Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   November 5, 2007**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE