UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY CARSON, | ) | 1:07-cv-1551-LJO-SMS |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE WHY ACTION |
| | ) | SHOULD NOT BE DISMISSED FOR |
| | ) | PLAINTIFF'S FAILURE TO PAY THE |
| v. | ) | FILING FEE, SUBMIT AN IN FORMA |
| | ) | PAUPERIS APPLICATION, FOLLOW A |
| CHARLES K. STODDARD, ESQ., | ) | COURT ORDER, OR PROSECUTE THE |
| et al., | ) | CASE |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

    Plaintiff filed a complaint on October 24, 2007. However, Plaintiff did not pay the filing fee or submit an application to proceed in forma pauperis. On November 6, 2007, the Court directed Plaintiff to file an application or to pay the filing fee within thirty days of service, and the order was served by mail by the clerk on Plaintiff on November 6, 2007. Over thirty days have passed, and Plaintiff has neither paid the filing fee

nor submitted an application to the Court as directed.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Accordingly, it is HEREBY ORDERED that:

1. Within twenty (20) days of the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for failure to pay the filing fee or to submit a completed application to proceed in forma pauperis with an original, completed application trust account statement in compliance with the Court's order; Plaintiff shall show cause in writing because the Court has determined that no hearing is necessary; if Plaintiff has any reasons why this action should not be dismissed, Plaintiff shall submit them by sworn declaration of facts which shall include (A) an explanation of the lack of activity in this case, and (B) a list each specific step Plaintiff plans to take to comply with the Court's orders and to prosecute this case, to which Plaintiff may append a supporting memorandum of law; and

2. Plaintiff is informed that the failure to respond to this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   January 4, 2008**             /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

2