UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CARSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES K. STODDARD, ESQ., et al.,<br><br>    Defendants. | 1:07-cv-1551-LJO-SMS<br><br>ORDER DIRECTING PLAINTIFF TO FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $350.00 FILING FEE WITHIN THIRTY DAYS OF THE DATE OF SERVICE OF THIS ORDER, OR FACE DISMISSAL OF THIS ACTION<br><br>ORDER DIRECTING THE CLERK TO SEND TO PLAINTIFF A BLANK IN FORMA PAUPERIS APPLICATION FOR A PERSON IN CUSTODY |

Plaintiff is a state prisoner proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

Plaintiff filed a complaint on October 24, 2007. However, Plaintiff has not paid the filing fee or submitted an application to proceed in forma pauperis. By its order dated November 6, 2007, the Court directed Plaintiff to file an application to proceed in forma pauperis, which could permit the Plaintiff's

1

case to go forward without payment of a filing fee. The Clerk sent to Plaintiff a blank application form, and the docket reflects that the order and form were served by mail on Plaintiff at Wasco on the same date. However, Plaintiff did not file the application or pay the fee within the thirty-day period stated in the order. On January 4, 2008, the Court issued an order to show cause why the action should not be dismissed because of Plaintiff's failure to file an application to proceed in forma pauperis or, alternatively, to pay the filing fee. Plaintiff's response to the order to show cause was filed on January 15, 2008; in it, Plaintiff does not explain his failure to file an application, and he states only that he cannot afford to pay the filing fee. Thus, Plaintiff has not provided any explanation or excuse for not having filed an application to proceed in forma pauperis.

The filing fee for all civil actions other than habeas corpus is $350.00; the filing fee for an application for a writ of habeas corpus is $5.00. 28 U.S.C. § 1914, as amended effective April 8, 2006. Pub. L. No. 109-171, 120 Stat. 4 (2006). If a plaintiff cannot pay the fee, he or she may file an application to proceed in forma pauperis and be relieved of the duty to pay the filing fee. However, in order for the Court to allow a plaintiff to proceed in forma pauperis, the Court must have more information than a plaintiff's bare statement that he cannot pay the fee. By statute, Plaintiff is required either to pay the filing fee or to submit an original, signed prison trust account statement that includes the entire six-month period immediately preceding the filing of the complaint. See 28 U.S.C. §

2

1915(a)(2).

    Here, Plaintiff has been given multiple opportunities to file an application of pay the fee. The Court will permit Plaintiff one more opportunity either to pay the $350.00 filing fee or submit a completed application, with a signed certificate and an original certified copy of his trust account statement covering the full six-month period in support of his request to proceed in forma pauperis.

    However, if Plaintiff does not either pay the fee or file an application within the thirty-day period now being extended to Plaintiff, the undersigned Magistrate Judge will recommend that Plaintiff's case be dismissed for Plaintiff's failure to comply with an order of the Court and failure to prosecute the case. If Plaintiff cannot pay the filing fee, then Plaintiff must comply with the Court's order to submit a timely application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Plaintiff shall either submit a completed application to proceed in forma pauperis, including a signed certificate and an original certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, or, in the alternative, pay the $350.00 filing fee for this action.

    Further, the Clerk of the Court IS DIRECTED to send to Plaintiff with this order a blank application to proceed in forma pauperis for a person in custody.

    Plaintiff's failure to comply with this order will result in

1 | a recommendation that this action be dismissed.

3 | IT IS SO ORDERED.

4 | **Dated:    January 16, 2008**               **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE