UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CARSON, | ) 1:07-cv-1551-LJO-SMS |
| | ) |
| Plaintiff, | ) ORDER RE: FINDINGS AND |
| | ) RECOMMENDATION TO DISMISS |
| | ) PLAINTIFF'S FIRST AMENDED |
| v. | ) COMPLAINT WITHOUT LEAVE TO AMEND |
| | ) (DOCS. 11, 12) |
| CHARLES K. STODDARD, ESQ., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff proceeds pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

On April 18, 2008, the Magistrate Judge filed findings and a recommendation that the first amended complaint be dismissed for Plaintiff's failure to state any grounds for jurisdiction in this Court. The findings and recommendation were served on all parties on April 21, 2008, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any

1

1  objections.

2      In accordance with the provisions of 28 U.S.C. § 636
3  (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d
4  452, 454 (9th Cir. 1983), this Court has conducted a *de novo*
5  review of the case. Having carefully reviewed the entire file,
6  the Court finds that the findings and recommendation are
7  supported by the record and proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1. The findings and recommendation filed April 18, 2008, are
10 ADOPTED IN FULL; and

11     2. The action IS DISMISSED for failure to state a basis for
12 jurisdiction in this Court; and

13     3. The Clerk of Court IS DIRECTED to close this action
14 because this order terminates the action in its entirety.

15     IT IS SO ORDERED.

16 **Dated:   May 27, 2008**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

2