IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CARSON,<br><br>       Plaintiff,<br><br>  vs.<br><br>CHARLES K. STODDARD, et al,<br><br>       Defendants.<br>_____ / | CASE NO. CV F 07-1551 LJO SMS<br><br>**ORDER TO DENY REQUEST**<br>(Doc. 16.) |

      This Court's May 27, 2008 order dismissed plaintiff's action for "failure to state any grounds for jurisdiction." Fourteen months later, on July 22, 2009, plaintiff filed his "Motion with respect to the Court's Order on May 27, 2008" in which "the plaintiff disagrees with the Court's findings." Plaintiff's apparent request for relief from dismissal is untimely. *See* F.R.Civ.P. 59(e), F.R.Civ.P. 60(c). Plaintiff has waived grounds to seek relief. As such, this Court DENIES plaintiff's request as time barred.

      IT IS SO ORDERED.

**Dated:**   **July 24, 2009**              **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE